IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD SEARS,
    Petitioner,

v.

MICHAEL CLARK, et al.,
    Respondents

No. 1:19-cv-641

(Judge Kane)

# ORDER

**AND NOW**, on this 20th day of June 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                      s/ Yvette Kane
                                      Yvette Kane, District Judge
                                      United States District Court
                                      Middle District of Pennsylvania